■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON GARCIA, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County (O'Dwyer, J.),

rendered March 30, 1983, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

There is no merit to defendant's contention that a photograph identification by an eyewitness was impermissibly suggestive simply because a physical lineup, the preferred procedure, was not employed. A photographic identification is a proper method of identification *(People v Brown,* 114 AD2d 855; *People v Russo,* 52 AD2d 62; *People v Dibble,* 46 AD2d 829). The use of an array of six photographs is constitutionally permissible where defendant's photograph is not distinctive *(see, People v Rolston,* 109 AD2d 854). Finally, the witness in the instant case had ample opportunity to view the defendant both prior to and during the commission of the crime; thus there was an independent basis for an accurate in-court identification *(see, People v Malphurs,* 111 AD2d 266; *People v Rolston, supra).* Mollen, P. J., Thompson, Niehoff and Eiber, JJ., concur.